UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62709-CIV-WPD

HARRIET MOORE,

    Plaintiff,

v.

SETERUS, INC, A Delaware Corporation,
QBE FIRST INSURANCE AGENCY, a California Corporation,
QBE SPECIALTY INSURANCE COMPANY,

    Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO FILE STIPULATION ORDER FOR DISMISSAL

    Plaintiff Harriet Moore, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby moves for an extension of time to comply with the Court's order [D.E. 5] requiring parties to submit stipulation order for dismissal within 10 days of notifying the Court of settlement, through and including June 12th, 2015.

    Defendant Seterus notified the Court of settlement on May 7th, 2015 [D.E. 37]. Pursuant to the Court's order found at [D.E. 5], the parties were required to submit a stipulation for dismissal on May 17th, 2015. Although the parties have reached an understanding that would resolve all claims raised in this action, there has been delays in completing a settlement agreement that reflects the parties' understandings. The issues are not substantive, and the parties expect to be able to resolve them in short order. Plaintiffs believe that 14 days should be sufficient.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that counsel for the movant has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in this motion and am authorized to represent that this request is unopposed.

Respectfully Submitted,

THE LAW OFFICES OF JEFFREY N. GOLANT, P.A.
1999 N. University Drive Ste. 213
Coral Springs, FL 33071
(954) 942-5270
Fax: (954) 942-5272
Email: aeagle@jeffreygolantlaw.com
By: **/s/ Ashley R. Eagle, Esq.**
Fla. Bar No.111463
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28th, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below by notice of electronic filing generated by CM/ECF:

**Seric James Fallon**
McGinnis Wutscher Beiramee LLP
110 East Broward Blvd.
Suite 1700
Fort Lauderdale, FL 33301
(561) 807-6827
Fax: (866) 581-9302
Email: sfallon@mwbllp.com

**Elizabeth R. Bailey**
Buckley Sandler LLP
1250 24th Street NW
Suite 700
Washington, DC 20037
202-349-8000
Email: ebailey@buckleysandler.com

**Stephen M. LeBlanc**
BuckleySandler, LLP
1250 24th Street, NW
Suite 700
Washington, DC 20037
202-349-8000
Email: sleblanc@buckleysandler.com

**Brian W. Toth**
Holland & Knight
701 Brickell Avenue
Suite 3000
Miami, FL 33131
305-374-8500
Email: brian.toth@hklaw.com

                                                **/s/Ashley R. Eagle**