UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62709-CIV-WPD

HARRIET MOORE,

    Plaintiff,

v.

SETERUS, INC, A Delaware Corporation,
QBE FIRST INSURANCE AGENCY, a California Corporation,
QBE SPECIALTY INSURANCE COMPANY,

    Defendants.
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE STIPULATION ORDER FOR DISMISSAL

Upon consideration of Plaintiff Harriet Moore's Motion to Extend Time to File Stipulation Order for Dismissal until June 12th, 2015, dated May 28th, 2015,

**IT IS HEREBY ORDERED** as follows:

The Motion is **GRANTED**. Plaintiffs shall file the stipulation order for dismissal on or before June 12th, 2015.

**DONE** and **ORDERED** in Chambers at Fort Lauderdale, Florida, this __ day of _____, 2015.

                                                              _____
                                                             **WILLIAM P. DIMITROULEAS**
                                                             **UNITED STATES DISTRICT JUDGE**